# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                 )
JAMES R. NIBLOCK,                                )
                                                 )
                          Plaintiff,             )
                                                 )
          v.                                     )          Civil Action No. 09-1346 (JEB)
                                                 )
FEDERAL BUREAU OF INVESTIGATION,                 )
                                                 )
                          Defendant.             )
_____ )

## MEMORANDUM OPINION

The Federal Bureau of Investigation filed a motion for summary judgment on April 18, 2011. In its June 9, 2011, Order, the Court advised Plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, that Order expressly warned Plaintiff that, if he failed to file his opposition by July 15, 2011, the Court would treat the motion as conceded. To date, Plaintiff neither has filed an opposition nor requested additional time to do so. He may well have not opposed the Motion because, during the pendency of the case, Defendant uncovered 3,137 pages of responsive documents and released all disclosable, nonexempt documents, in whole or in part, to Plaintiff.

The Court, accordingly, will grant Defendant's Motion for Summary Judgment as conceded. An Order accompanies this Memorandum Opinion.


                                        JAMES E. BOASBERG
                                        United States District Judge

DATE:   July 29, 2011